UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.: 8:17-cr-367-T-23JSS

NATALIE RENE PANKO

_____/

## ORDER

THIS MATTER is before the Court on the Government's Motion to Rescind Arrest Warrant. (Dkt. 26.) The Government seeks to rescind the arrest warrant issued as to Defendant, Natalie Renee Panko, related to the Superseding Indictment filed against Defendant in this case. Upon consideration, it is **ORDERED** that the Government's Motion to Rescind Arrest Warrant (Dkt. 26) is **GRANTED**. The arrest warrant issued as to Defendant, Natalie Renee Panko, is **RESCINDED**.

**DONE** and **ORDERED** in Tampa, Florida, on September 29, 2017.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record